
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANNE P.,<br><br>                      Plaintiff,<br>v.<br>ANDREW SAUL,<br><br>                      Defendant. | Case No.: 20-cv-1029-MMA (MDD)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 17]<br><br>**GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REMANDING ACTION TO SOCIAL SECURITY ADMINISTRATION**<br><br>[Doc. No. 13] |

    On June 4, 2020, Sarah Anne P. ("Plaintiff") filed this social security appeal challenging the denial of her application for disability benefits. *See* Doc. No. 1. The Court referred all matters arising in this action to the assigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1. *See* Doc. No. 4. On November 10, 2020, the parties filed the administrative record. *See* Doc. No. 11. Thereafter, Plaintiff filed a motion for summary judgment. *See* Doc. No. 13. Judge Dembin has issued a report recommending that the Court grant Plaintiff's motion and remand the case for further administrative action to determine whether Plaintiff is disabled. *See* Doc. No. 17.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1), the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1); *see also United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Objections to the Report and Recommendation were due no later than March 25, 2021. *See* Doc. No. 17 at 20. To date, neither party has objected to the Report and Recommendation, and the time for doing so has expired. *See* Docket.

The Court finds that Judge Dembin has issued an accurate Report and well-reasoned recommendation that the motion be granted. The Court therefore **ADOPTS** the Report and Recommendation in its entirety, **GRANTS** Plaintiff's motion, and **REMANDS** this matter to the Social Security Administration pursuant to sentence four of 41 U.S.C. § 405(g) for further administrative proceedings consistent with this Court's Order and Judge Dembin's Report and Recommendation. The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly and close the case.

**IT IS SO ORDERED.**

Dated: March 26, 2021

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge